Sean P. Nalty (SBN 121253)
sean.nalty@ogletree.com
Shivani Nanda (SBN 253891)
shivani.nanda@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

P. Randall Noah (SBN 136452)
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Telephone:    925.253.5540
Facsimile:    925.253.5542
Email:        pnoah@ix.netcom.com

Attorneys for Plaintiff DAVID TIPPITT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| DAVID TIPPITT,<br><br>     Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>     Defendant. | Case No. 17-cv-00125-VC<br><br>**STIPULATION OF THE PARTIES PURSUANT TO THE COURT'S MAY 30, 2017 ORDER**<br><br>Complaint Filed:  January 11, 2017<br>Trial Date:       None Set<br>Judge:            Hon. Vince Chhabria |

On May 30, 2017, the Court in this matter issued an order requiring the parties to stipulate to a proposed schedule for a motion for summary judgment ("the Motion") in this matter that will address the issue of whether plaintiff David Tippitt ("Plaintiff") exhausted his administrative remedies.

Through their counsel of record, P. Randall Noah for Plaintiff and Sean P. Nalty for defendant Life Insurance Company of North America ("Defendant"), the Parties enter into the following stipulation for the Motion:

- Defendant's motion for summary judgment and supporting papers shall be filed on or before **July 27, 2017**;
- Plaintiff's opposition to defendant's motion for summary judgment shall be filed on or before **August 24, 2017**;
- Defendant's reply to Plaintiff's opposition shall be filed on or before **September 14, 2017**;
- The hearing on Defendant's motion for summary judgment shall be on Thursday **September 28, 2017** at 10:00 a.m.

It is so stipulated.

DATED: June 6, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sean P. Nalty
Sean P. Nalty
Shivani Nanda

Attorneys for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

1  DATED: June 6, 2017                    LAW OFFICES OF P. RANDALL NOAH
2
3
4                                          By: /s/ P. Randall Noah
                                               P. Randall Noah
5
                                           Attorneys for Plaintiff DAVID TIPPITT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Local Rule 5-1(i)(1), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Dated: June 6, 2017.        By:    /s/ *Sean P. Nalty*
                                                Sean P. Nalty
                                                Shivani Nanda

                                            Attorneys for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

29445099.1