UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TIPPITT,<br><br>        Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>        Defendant. | Case No.  17-cv-00125-VC<br><br>**ORDER GRANTING STIPULATION RE<br>SUMMARY JUDGMENT BRIEFING**<br><br>Re: Dkt. No. 32 |

The parties' stipulated briefing schedule for summary judgment is adopted.  All other deadlines, including the deadlines for cross-motions for judgment on the administrative record, will remain unchanged.

**IT IS SO ORDERED.**

Dated:  June 6, 2017

VINCE CHHABRIA
United States District Judge